B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TJ Plaza, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>38-3683052 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3275 S. Jones Blvd. #105<br>Las Vegas, NV                                    ZIP Code<br>89146 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    2101 S. Decatur Blvd.<br>Las Vegas, NV 89102 | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9      ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11         of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>                             of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>   defined in 11 U.S.C. § 101(8) as            business debts.<br>   "incurred by an individual primarily for<br>   a personal, family, or household purpose." |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information        *** Matthew C. Zirzow 7222 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **TJ Plaza, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **DSWC, Inc.** | Case Number: **Pending** | Date Filed: |
| District: **Nevada** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                  Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | TJ Plaza, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X */s/ Matthew C. Zirzow*<br>Signature of Attorney for Debtor(s)<br><br>**Matthew C. Zirzow 7222**<br>Printed Name of Attorney for Debtor(s)<br><br>**LARSON & ZIRZOW, LLC**<br>Firm Name<br>**810 S. Casino Center Blvd. #101**<br>**Las Vegas, NV 89101**<br><br>Address<br><br>zlarson@lzlawnv.com / mzirzow@lzlawnv.com<br>(702) 382-1170  Fax: (702) 382-1169<br>Telephone Number<br><br>**3-21-14**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Jeff Susa*<br>Signature of Authorized Individual<br>**Jeff Susa**<br>Printed Name of Authorized Individual<br>**Managing Member of Manager**<br>Title of Authorized Individual<br>**3-20-2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   TJ Plaza, LLC
                                Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allstate Roofing<br>Attn: Bankruptcy Desk/Managing Agent<br>6600 W. Charleston Blvd. #117-A<br>Las Vegas, NV 89146 | Allstate Roofing<br>Attn: Bankruptcy Desk/Managing Agent<br>6600 W. Charleston Blvd. #117-A<br>Las Vegas, NV 89146 | Services rendered | | 1,584.23 |
| City of Las Vegas Sewer Services<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | City of Las Vegas Sewer Services<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | Utility services | | 7,627.69 |
| City of Las Vegas Sewer Services<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | City of Las Vegas Sewer Services<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | Utility services | | 6,332.33 |
| Desert Lakes Apartments<br>Attn: Bankruptcy Desk/Managing Agent<br>3275 S. Jones Blvd. #105<br>Las Vegas, NV 89146 | Desert Lakes Apartments<br>Attn: Bankruptcy Desk/Managing Agent<br>3275 S. Jones Blvd. #105<br>Las Vegas, NV 89146 | Unsecured Note | | 60,641.60 |
| Edgar's Services, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>4080 W. Desert Inn Rd. #A109<br>Las Vegas, NV 89102 | Edgar's Services, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>4080 W. Desert Inn Rd. #A109<br>Las Vegas, NV 89102 | Air conditioning services rendered | | 309.48 |
| EDS Electronics<br>Attn: Bankruptcy Desk/Managing Agent<br>2675 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | EDS Electronics<br>Attn: Bankruptcy Desk/Managing Agent<br>2675 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | Services rendered | | 132.63 |

B4 (Official Form 4) (12/07) - Cont.
In re   TJ Plaza, LLC
                        Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J&J Services<br>Attn: Bankruptcy Desk/Managing Agent<br>3632 Beeson Ct.<br>Las Vegas, NV 89130 | J&J Services<br>Attn: Bankruptcy Desk/Managing Agent<br>3632 Beeson Ct.<br>Las Vegas, NV 89130 | Services rendered | | 313.16 |
| NextGen Fire Protection<br>Attn: Bankruptcy Desk/Managing Agent<br>7165 Bermuda Rd.<br>Las Vegas, NV 89119 | NextGen Fire Protection<br>Attn: Bankruptcy Desk/Managing Agent<br>7165 Bermuda Rd.<br>Las Vegas, NV 89119 | Services rendered | | 932.12 |
| O'Rourke Plumbing, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>1716 S. Highland Ave.<br>Las Vegas, NV 89102 | O'Rourke Plumbing, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>1716 S. Highland Ave.<br>Las Vegas, NV 89102 | Services rendered | | 1,941.47 |
| Raymar Siasi<br>Attn: Bankruptcy Desk/Managing Agent<br>c/o Samuel A. Harding, Esq.<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101 | Raymar Siasi<br>c/o Samuel A. Harding, Esq.<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101 | Potential personal injury judgment | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Stout Electric<br>Attn: Bankruptcy Desk/Managing Agent<br>6440 Schirlls St.<br>Las Vegas, NV 89118 | Stout Electric<br>Attn: Bankruptcy Desk/Managing Agent<br>6440 Schirlls St.<br>Las Vegas, NV 89118 | Services rendered | | 2,343.18 |
| TJP Credit, LLC<br>Attn: Bankruptcy Desk/Managing Agent<br>3275 S. Jones BLvd. #105<br>Las Vegas, NV 89146 | TJP Credit, LLC<br>Attn: Bankruptcy Desk/Managing Agent<br>3275 S. Jones BLvd. #105<br>Las Vegas, NV 89146 | Unsecured Note | | 478,952.50 |
| Vortex Industries, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>File 10985<br>1801 W. Olympic Blvd.<br>Pasadena, CA 91199-1095 | Vortex Industries, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>File 10985, 1801 W. Olympic Blvd.<br>Pasadena, CA 91199-1095 | Services rendered | | 181.83 |
| Zoltan Hollo, LLC dba U.S. National Commercial Real Estate Ser<br>Attn: Bankruptcy Desk/Managing Agent<br>10161 Park Run Dr. #150<br>Las Vegas, NV 89145 | Zoltan Hollo, LLC dba U.S. National Commercial Real Estate Ser<br>10161 Park Run Dr. #150<br>Las Vegas, NV 89145 | Services rendered | | 791.82 |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  TJ Plaza, LLC                                            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of Manager of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3-20-2014                    Signature   _____
                                                Jeff Susa
                                                Managing Member of Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## Note to Accompany Voluntary Petition, Schedules and Statement of Financial Affairs

TJ Plaza, LLC, a Nevada limited liability company ("TJP"), and DSWC, Inc., a Nevada corporation ("DSWC"), are tenants in common in a retail shopping plaza commonly known as Trader Joe's Plaza (the "Plaza") located at 2101 S. Decatur Blvd., Las Vegas, Nevada 89102. Specifically, TJP owns 73.685% and DSWC owns the remaining 26.315% of the Plaza. The Plaza is operated pursuant to a Joint Ownership and Management Agreement dated as of June 1, 1999. As such, unless otherwise specifically set forth in an applicable writing, all assets and claims are apportioned according to the ownership percentages of the tenants in common.

By way of example, the total claim of Allstate Roofing is $2,150.00, which total claim has been apportioned among the tenants in common according to their applicable ownership percentages. As such, Allstate Roofing's claim is scheduled as a claim of $1,584.23 as against TJP, and a claim of $565.77 as against DSWC.

# United States Bankruptcy Court
## District of Nevada

In re  TJ Plaza, LLC  
                                            Debtor(s)

Case No. _____  
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept           $   See Below  
   Prior to the filing of this statement I have received      $   See Below  
   Balance Due                                                                  $              0.00

2. The source of the compensation paid to me was:

   ■ Debtor      ■ Other (specify):     Counsel received $15,000.00 from Debtor prior to the petition date and applied the sum of $10,000.00 for pre-petition work, including filing fees. The total remaining sum held in retainer post-petition is $5,000.00.

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. ~~In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:~~

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   3-21-14

/s/ Matthew C. Zirzow  
Matthew C. Zirzow 7222  
LARSON & ZIRZOW, LLC  
810 S. Casino Center Blvd. #101  
Las Vegas, NV 89101  
(702) 382-1170  Fax: (702) 382-1169  
zlarson@lzlawnv.com / mzirzow@lzlawnv.com

# United States Bankruptcy Court
### District of Nevada

In re   **TJ Plaza, LLC**                                                    Case No. _____
                                    Debtor(s)                                Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of Manager of the LLC named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **3·20·2014**

**Jeff Susa/Managing Member of Manager**
Signer/Title

TJ PLAZA, LLC
3275 S. JONES BLVD. #105
LAS VEGAS, NV 89146

MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

ALLSTATE ROOFING
Acct No 3199
ATTN: BANKRUPTCY DESK/MANAGING AGENT
6600 W. CHARLESTON BLVD. #117-A
LAS VEGAS, NV 89146

AMENA BAKERY AND DELI, LLC
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #9 AND 10
LAS VEGAS, NV 89102

CITY OF LAS VEGAS SEWER SERVICES
Acct No xxxxxx2222
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 748022
LOS ANGELES, CA 90074

CITY OF LAS VEGAS SEWER SERVICES
Acct No xxxxxx2222
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 748022
LOS ANGELES, CA 90074

DESERT LAKES APARTMENTS
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3275 S. JONES BLVD. #105
LAS VEGAS, NV 89146

DITTA WEINER CORETS
84 STONYRIDGE
ASHEVILLE, NC 28804

DITTA WEINER CORETS, TRUSTEE
OF THE WEINER FAMILY TRUST
84 STONYRIDGE
ASHEVILLE, NC 28804

DSWC, INC.
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3275 S. JONES BLVD. #105
LAS VEGAS, NV 89146

EDGAR'S SERVICES, INC.
Acct No 3442
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4080 W. DESERT INN RD. #A109
LAS VEGAS, NV 89102

EDS ELECTRONICS
Acct No x1-770
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2675 W. CHEYENNE AVE.
NORTH LAS VEGAS, NV 89032

EDS ELECTRONICS
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2675 W. CHEYENNE AVE.
NORTH LAS VEGAS, NV 89032

ESTATE OF MARC J. SIMAY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O FREDRICK P. WAID
10080 W. ALTA DRIVE #200
LAS VEGAS, NV 89145

GREEN THUMB MAINTENANCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3275 S. JONES #105
LAS VEGAS, NV 89146

J&J SERVICES
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3632 BEESON CT.
LAS VEGAS, NV 89130

JEFF S. SUSA
3275 S. JONES #105
LAS VEGAS, NV 89146

LAN DI HALL
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #8
LAS VEGAS, NV 89102

LAN TRUONG
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #7
LAS VEGAS, NV 89102

MYRNA DONATO DBA AMBER UNICORN BOOKS
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #12, 13, 14 AND 15
LAS VEGAS, NV 89102

NEVADA RESTAURANT SERVICES, INC.
DBA DOTTY'S
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #17 AND 18
LAS VEGAS, NV 89102

NEXTGEN FIRE PROTECTION
Acct No xx4693
ATTN: BANKRUPTCY DESK/MANAGING AGENT
7165 BERMUDA RD.
LAS VEGAS, NV 89119

NEXTGEN FIRE PROTECTION
ATTN: BANKRUPTCY DESK/MANAGING AGENT
7165 BERMUDA RD.
LAS VEGAS, NV 89119

NORMA E. ITUARTE AND LAURA ALFARO
DBA CINTHYA'S BEAUTY SALON
ATTN: BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BLVD. #11
LAS VEGAS, NV 89102

O'ROURKE PLUMBING, INC.
Acct No xxxx-x0024
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1716 S. HIGHLAND AVE.
LAS VEGAS, NV 89102

RAYMAR SIASI
Acct No xxx4489
ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O SAMUEL A. HARDING, ESQ.
1100 E. BRIDGER AVE.
LAS VEGAS, NV 89101

REAGAN OUTDOOR ADVERTISING
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1775 WARM SPRINGS RD.
SALT LAKE CITY, UT 84116

REAL ESTATE ASSET MANAGEMENT, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3275 SOUTH JONES BLVD. #105
LAS VEGAS, NV 89146

ROBERT KINAS, ESQ.
Acct No A-14-696448-C
SNELL & WILMER
3883 HOWARD HUGHES PKWY. #1100
LAS VEGAS, NV 89169

SIN CITY BANGERS, LLC
DBA MOCHIKO FRIED CHICKEN
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
2101 S. DECATUR BVD. #16
LAS VEGAS, NV 89102

STOUT ELECTRIC
Acct No x0613
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6440 SCHIRLLS ST.
LAS VEGAS, NV 89118

TJP CREDIT, LLC
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
3275 S. JONES BLVD. #105
LAS VEGAS, NV 89146

TJP, A NEVADA LIMITED PARTNERSHIP
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
3275 S. JOENS BLVD. #105
LAS VEGAS, NV 89146

TRADER JOE'S COMPANY
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
C/O DAVID YODA
538 MISSON STREET/PO BOX 3270
SOUTH PASADENA, CA 91030

U.S. BANK NATIONAL ASSOCIATION
Acct No xxxxxx2921
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
80 S 8TH ST STE 224
MINNEAPOLIS, MN 55402

VORTEX INDUSTRIES, INC.
Acct No xx5350
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
FILE 10985
1801 W. OLYMPIC BLVD.
PASADENA, CA 91199-1095

ZOLTAN HOLLO, LLC DBA
Acct No xxxx_x0013
U.S. NATIONAL COMMERCIAL REAL ESTATE SER
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
10161 PARK RUN DR. #150
LAS VEGAS, NV 89145

## United States Bankruptcy Court
### District of Nevada

In re   TJ Plaza, LLC
                                                Debtor(s)

Case No. _____
Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __TJ Plaza, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**TJP, a Nevada limited partnership**
**Attn: Bankruptcy Desk/Managing Agent**
**3275 S. Jones Blvd. #105**
**Las Vegas, NV 89146**

☐ None [*Check if applicable*]

3-21-14
Date

Matthew C. Zirzow 7222
Signature of Attorney or Litigant
Counsel for   TJ Plaza, LLC
LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
(702) 382-1170 Fax:(702) 382-1169
zlarson@lzlawnv.com / mzirzow@lzlawnv.com

**WRITTEN CONSENT OF THE MEMBERS AND MANAGERS OF**
**TJ Plaza, LLC, a Nevada limited liability company**

The undersigned, being the general partner of TJP, a Nevada limited partnership (which LP is also the sole member of TJ Plaza, LLC) and the manager (the "Manager") of TJ Plaza, LLC, a Nevada limited liability company ("TJ Plaza"), hereby approves and adopts the following resolutions effective as of March 17, 2014:

WHEREAS, U.S. Bank, N.A. in its capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6 (the "Bank") has declared an event of default under that certain Deed of Trust, Security Agreement and Fixture Filing dated on or about July 9, 2003 and recorded against the real property of TJ Plaza on July 10, 2003 as Instrument No. 20030710-2674 in the Official Records of the Clark County, Nevada Recorder;

WHEREAS, on February 20, 2014, the Bank filed a *Verified Complaint for Specific Performance and Appointment of a Receiver* in the Eighth Judicial District Court, Clark County, Nevada, being Case No. A-14-696448-C (the "State Court Case") against TJ Plaza, and on February 21, 2014 filed a *Motion for the Appointment of a Receiver* seeking the potential seizure of control of TJ Plaza's property, which actions, if allowed to proceed, would cause significant and irreparable harm to TJ Plaza, its creditors, and other parties in interest;

NOW, THEREFORE, BE IT RESOLVED, that the Manager of TJ Plaza, having considered all relevant matters related thereto, in its judgment it is desirable and in the best interests of the company and its creditors and other interest parties that a voluntary petition for relief be filed under the provisions of chapter 11 of title 11 of the United States Code;

BE IT THEREFORE RESOLVED, any officer of TJ Plaza (the "Authorized Person") shall be authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify a petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine;

BE IT FURTHER RESOLVED that Jeff Susa (the "Responsible Person") shall be designated as the responsible person in TJ Plaza's chapter 11 bankruptcy case pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, and is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the company in the chapter 11 case as general reorganization counsel, and the Flangas McMillan Law Group is engaged and shall continue its engagement as attorneys for the company in the chapter 11 case as special counsel, both as subject to any requisite bankruptcy court approval;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as

1

the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the company, to execute and file all motions, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Persons of Responsible Person, be, and each hereby are, authorized, empowered and directed, in the name and on behalf of the company, to cause the company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the business of the company;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Authorized Persons or the Responsible Person of the company in the name and on behalf of the company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

BE IT FURTHER RESOLVED that this Written Consent may be delivered in counterpart, and by facsimile or electronic transmission, which will be an original and the foregoing shall be deemed to be adopted and in full force and effect, as of the date first above written.

IN WITNESS WHEREOF, the undersigned, constituting all of the members and managers of the company, by execution hereof, hereby approve this Written Consent as of the date first above written.

*[Rest of page intentionally left blank]*

TJ PLAZA, LLC,
a Nevada limited liability company,

    By: LJM, LLC,
    a Nevada limited liability company,
    Its: Manager; and general partner of TJP, a Nevada limited partnership (sole member of TJ Plaza, LLC)

    By: _____
    JEFFREY A. SUSA
    Its: Managing Member

    By: SIMAY FAMILY LIMITED PARTNERSHIP,
    a Nevada limited partnership
    Its: Managing Member

        By: SIMAY FAMILY TRUST
        Its: General Partner

        By: _____
        Fredrick P. Waid, in his capacity as Trustee

        By: THE MARC JOSEPH SIMAY REVOCABLE FAMILY TRUST
        Its: General Partner

        By: _____
        Fredrick P. Waid, in his capacity as Trustee

        By: THE MARC SIMAY FAMILY LIMITED PARTNERSHIP,
        a Nevada limited partnership
        Its: General Partner

            By: THE MARC JOSEPH SIMAY REVOCABLE FAMILY TRUST
            Its: General Partner

            By: _____
            Fredrick P. Waid, in his capacity as Trustee

TJ PLAZA, LLC,
a Nevada limited liability company,

    By: LJM, LLC,
    a Nevada limited liability company,
    Its: Manager; and general partner of TJP, a Nevada limited partnership (sole member of TJ Plaza, LLC)

        By: _____
        JEFFREY A. SUSA
        Its: Managing Member

        By: SIMAY FAMILY LIMITED PARTNERSHIP,
        a Nevada limited partnership
        Its: Managing Member

            By: SIMAY FAMILY TRUST
            Its: General Partner

            By: _____
            Fredrick P. Waid, in his capacity as Trustee

            By: THE MARC JOSEPH SIMAY REVOCABLE FAMILY TRUST
            Its: General Partner

            By: _____
            Fredrick P. Waid, in his capacity as Trustee

        By: THE MARC SIMAY FAMILY LIMITED PARTNERSHIP,
        a Nevada limited partnership
        Its: General Partner

            By: THE MARC JOSEPH SIMAY REVOCABLE FAMILY TRUST
            Its: General Partner

            By: _____
            Fredrick P. Waid, in his capacity as Trustee