E-filed on ___April 3, 2014___

**Matthew C. Zirzow**
Name
**7222**
Bar Code #
**810 S. Casino Center**
**Blvd. #101**
**Las Vegas, NV 89101**
Address
**(702) 382-1170**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  **TJ Plaza, LLC**

Case No.: **14-11894**

Chapter: **11**

Trustee: 

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

☐   Voluntary Petition (specify reason for amendment)

☒   Summary of Schedules

☒   Statistical Summary of Certain Liabilities

☒   Schedule A - Real Property

☒   Schedule B - Personal Property

☒   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

  ☒ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**

  ☐ Add/change address of already listed creditor - **No fee**

☒   Schedule G - Schedule of Executory Contracts and Unexpired Leases

☒   Schedule H - CoDebtors

☒   Declaration Concerning Debtor's Schedules

☒   Statement of Financial Affairs and/or Declaration

☒   Other: List of Equity Security Holders

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ Jeff Susa
_____
**Jeff Susa**
**Managing Member of Manager**
**Debtor's Signature**
**Date:** April 3, 2014

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Nevada

In re     **TJ Plaza, LLC**
_____
                                    Debtor

Case No. _____**14-11894**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,684,793.73 | | |
| B - Personal Property | Yes | 3 | 151,117.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,289,897.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 562,084.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 4,835,911.65 | | |
| Total Liabilities | | | | 4,851,981.94 | |

B6A (Official Form 6A) (12/07)

In re    **TJ Plaza, LLC**                                                                 Case No.    **14-11894**
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 73.685% interest in 2101 S. Decatur Blvd., Las Vegas, NV (APN 163-01-708-003 and 163-01-708-004) (Total Value is $6,610,000.00) | **Tenants in Common** | - | 4,684,793.73 | 4,289,897.90 |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,684,793.73** | (Total of this page) |
| Total > | **4,684,793.73** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **TJ Plaza, LLC**                                              Case No.  **14-11894**
                                                                           _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account located at Chase ending in #2139 (73.685% interest in $50,533.34)** | - | 37,235.49 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with NV Energy (73.685% interest of $3,069.72)** | - | 2,261.92 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 39,497.41 |
|---|---|---|
|  | (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **TJ Plaza, LLC**                                                    Case No.    **14-11894**
                                              ,
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached schedule B-16 (73.685% interest of $81,483.35)** | - | 60,041.01 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **60,041.01**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **TJ Plaza, LLC**                                                          Case No.   **14-11894**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **City of Las Vegas Liquor License (73.685% interest of $60,000.00 total value)** | - | **44,211.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Pylon billboard sign (73.685% interest of $10,000.00 total value)** | - | **7,368.50** |

|  |  |
|---|---|
| Sub-Total > | **51,579.50** |
| (Total of this page) | |
| Total > | **151,117.92** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## **Schedule B-16**

2:48 PM

03/11/14

# TJP, A NV LTD PARTNERSHIP
## Open Invoices
### All Transactions

| Type | Date | Num | Due Date | Aging | Open Balance |
|------|------|-----|----------|-------|--------------|
| **Amber Unicorn Books** | | | | | |
| Invoice | 03/05/2014 | 2832 | 03/05/2014 | 6 | 75.03 |
| Total Amber Unicorn Books | | | | | 75.03 |
| **Amena Bakery** | | | | | |
| Invoice | 07/15/2011 | 2435 | 07/15/2011 | 970 | 209.30 |
| Invoice | 09/09/2011 | 2522 | 09/09/2011 | 914 | 409.30 |
| Invoice | 11/10/2011 | 2523 | 11/10/2011 | 852 | 409.30 |
| Invoice | 03/01/2014 | 2826 | 03/01/2014 | 10 | 3,500.00 |
| Total Amena Bakery | | | | | 4,527.90 |
| **Aragats Karapetyan** | | | | | |
| Invoice | 01/01/2013 | 2670 | 01/01/2013 | 434 | 1,740.00 |
| Invoice | 02/01/2013 | 2682 | 02/01/2013 | 403 | 1,740.00 |
| Invoice | 03/01/2013 | 2694 | 03/01/2013 | 375 | 1,740.00 |
| Invoice | 04/01/2013 | 2709 | 04/01/2013 | 344 | 1,740.00 |
| Invoice | 05/01/2013 | 2720 | 05/01/2013 | 314 | 1,740.00 |
| Total Aragats Karapetyan | | | | | 8,700.00 |
| **Arbat Grocery & Deli** | | | | | |
| Invoice | 12/01/2012 | 2659 | 12/01/2012 | 465 | 5,100.00 |
| Invoice | 01/01/2013 | 2671 | 01/01/2013 | 434 | 5,100.00 |
| Invoice | 02/01/2013 | 2683 | 02/01/2013 | 403 | 5,100.00 |
| Invoice | 03/01/2013 | 2695 | 03/01/2013 | 375 | 5,100.00 |
| Invoice | 04/01/2013 | 2710 | 04/01/2013 | 344 | 5,610.00 |
| Invoice | 05/01/2013 | 2721 | 05/01/2013 | 314 | 5,100.00 |
| Total Arbat Grocery & Deli | | | | | 31,110.00 |
| **Cinthya's Beauty Salon** | | | | | |
| Invoice | 09/20/2010 | 2329 | 09/20/2010 | 1268 | 106.48 |
| Invoice | 03/29/2011 | 2406 | 03/29/2011 | 1078 | 206.49 |
| Invoice | 11/22/2011 | 2494 | 11/22/2011 | 840 | 234.39 |
| Invoice | 03/01/2013 | 2703 | 03/01/2013 | 375 | 193.31 |
| Invoice | 03/01/2014 | 2827 | 03/01/2014 | 10 | 1,706.00 |
| Total Cinthya's Beauty Salon | | | | | 2,446.67 |
| **Lan Truong** | | | | | |
| Invoice | 10/01/2013 | 2777 | 10/01/2013 | 161 | 1,220.00 |
| Invoice | 11/01/2013 | 2787 | 11/01/2013 | 130 | 1,620.00 |
| Invoice | 12/01/2013 | 2797 | 12/01/2013 | 100 | 1,620.00 |
| Invoice | 01/01/2014 | 2807 | 01/01/2014 | 69 | 1,620.00 |
| Invoice | 02/01/2014 | 2818 | 02/01/2014 | 38 | 1,620.00 |
| Invoice | 03/01/2014 | 2828 | 03/01/2014 | 10 | 1,620.00 |
| Total Lan Truong | | | | | 9,320.00 |
| **Royal Cuisine** | | | | | |
| Invoice | 12/01/2012 | 2663 | 12/01/2012 | 465 | 4,172.50 |
| Invoice | 01/01/2013 | 2675 | 01/01/2013 | 434 | 4,172.50 |
| Invoice | 02/01/2013 | 2687 | 02/01/2013 | 403 | 4,172.50 |
| Invoice | 03/01/2013 | 2699 | 03/01/2013 | 375 | 4,172.50 |
| Invoice | 04/01/2013 | 2714 | 04/01/2013 | 344 | 4,441.25 |
| Invoice | 05/01/2013 | 2725 | 05/01/2013 | 314 | 4,172.50 |
| Total Royal Cuisine | | | | | 25,303.75 |
| **TOTAL** | | | | | 81,483.35 |

B6D (Official Form 6D) (12/07)

In re    **TJ Plaza, LLC**                                                                 Case No.____**14-11894**_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx2921** | | | | | 7-9-2003 | | | | | |
| **Creditor #: 1** **U.S. Bank National Association** **Attn: Bankruptcy Dept. / Managing Agent** **80 S 8th St Ste 224** **Minneapolis, MN 55402** | X | - | | | **Deed of Trust** **73.685% interest in 2101 S. Decatur Blvd., Las Vegas, NV (APN 163-01-708-003 and 163-01-708-004) (Total Value is $6,610,000.00)** | | | | | |
| | | | | | Value $                      4,684,793.73 | | | | **4,289,897.90** | **0.00** |
| Account No. **TSN625798** | | | | | | | | | | |
| **First American Title Company** **Attn:  Bankruptcy Desk/Managing Agent** **4380 La Jolla Village Dr. #110** **San Diego, CA 92122** | | | | | **Representing:** **U.S. Bank National Association** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **A-14-696448-C** | | | | | | | | | | |
| **Robert Kinas, Esq.** **Snell & Wilmer** **3883 Howard Hughes Pkwy. #1100** **Las Vegas, NV 89169** | | | | | **Representing:** **U.S. Bank National Association** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | **4,289,897.90** | **0.00** |
| | | | | | Total (Report on Summary of Schedules) | | | | **4,289,897.90** | **0.00** |

__0__  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **TJ Plaza, LLC**                                                                 Case No.    __14-11894__
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of priority claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    __0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **TJ Plaza, LLC**                                                                    Case No.    **14-11894**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 3199 | | | | | Services rendered | | | | |
| Creditor #: 1<br>**Allstate Roofing**<br>Attn:  Bankruptcy Desk/Managing Agent<br>6600 W. Charleston Blvd. #117-A<br>Las Vegas, NV 89146 | X | - | | | | | | | 1,584.23 |
| Account No. xxxxxx2222 | | | | | Utility services | | | | |
| Creditor #: 2<br>**City of Las Vegas Sewer Services**<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | X | - | | | | | | | 7,627.69 |
| Account No. xxxxxx2222 | | | | | Utility services | | | | |
| Creditor #: 3<br>**City of Las Vegas Sewer Services**<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 748022<br>Los Angeles, CA 90074 | X | - | | | | | | | 6,332.33 |
| Account No. | | | | | Unsecured Note | | | | |
| Creditor #: 4<br>**Desert Lakes Apartments**<br>Attn:  Bankruptcy Desk/Managing Agent<br>3275 S. Jones Blvd. #105<br>Las Vegas, NV 89146 | X | - | | | | | | | 60,641.60 |
| __2__    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 76,185.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re    __TJ Plaza, LLC_____,    Case No. __14-11894_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3442** | | | **Air conditioning services rendered** | | | | |
| **Creditor #: 5**<br>**Edgar's Services, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**4080 W. Desert Inn Rd. #A109**<br>**Las Vegas, NV 89102** | X | - | | | | | 309.48 |
| Account No. **x1-770** | | | **Services rendered** | | | | |
| **Creditor #: 6**<br>**EDS Electronics**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**2675 W. Cheyenne Ave.**<br>**North Las Vegas, NV 89032** | X | - | | | | | 132.63 |
| Account No. | | | **Services rendered** | | | | |
| **Creditor #: 7**<br>**J&J Services**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3632 Beeson Ct.**<br>**Las Vegas, NV 89130** | X | - | | | | | 313.16 |
| Account No. **xx4693** | | | **Services rendered** | | | | |
| **Creditor #: 8**<br>**NextGen Fire Protection**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**7165 Bermuda Rd.**<br>**Las Vegas, NV 89119** | X | - | | | | | 932.12 |
| Account No. **xxxx-x0024** | | | **Services rendered** | | | | |
| **Creditor #: 9**<br>**O'Rourke Plumbing, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**1716 S. Highland Ave.**<br>**Las Vegas, NV 89102** | X | - | | | | | 1,941.47 |

Sheet no. __1___ of __2___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,628.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **TJ Plaza, LLC** _____,    Case No. ___**14-11894**___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx4489** | | | | Potential personal injury judgment | | | | |
| **Creditor #: 10**<br>**Raymar Siasi**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**c/o Samuel A. Harding, Esq.**<br>**1100 E. Bridger Ave.**<br>**Las Vegas, NV 89101** | X | - | | | X | X | X | **Unknown** |
| Account No. **x0613** | | | | Services rendered | | | | |
| **Creditor #: 11**<br>**Stout Electric**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**6440 Schirlls St.**<br>**Las Vegas, NV 89118** | X | - | | | | | | **2,343.18** |
| Account No. | | | | Unsecured Note | | | | |
| **Creditor #: 12**<br>**TJP Credit, LLC**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones BLvd. #105**<br>**Las Vegas, NV 89146** | X | - | | | | | | **478,952.50** |
| Account No. **xx5350** | | | | Services rendered | | | | |
| **Creditor #: 13**<br>**Vortex Industries, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**File 10985**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199-1095** | X | - | | | | | | **181.83** |
| Account No. **xxxx_x0013** | | | | Services rendered | | | | |
| **Creditor #: 14**<br>**Zoltan Hollo, LLC dba**<br>**U.S. National Commercial Real Estate Ser**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**10161 Park Run Dr. #150**<br>**Las Vegas, NV 89145** | X | - | | | | | | **791.82** |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **482,269.33** |
| Total (Report on Summary of Schedules) | **562,084.04** |

B6G (Official Form 6G) (12/07)

In re    **TJ Plaza, LLC**                                                    Case No.    **14-11894**
                                                     ,
                                      Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Amena Bakery and Deli, LLC**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #9 and 10**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **Ditta Weiner Corets, Trustee**<br>**of the Weiner Family Trust**<br>**84 Stonyridge**<br>**Asheville, NC 28804** | **Joint ownership and management agreement** |
| **EDS Electronics**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2675 W. Cheyenne Ave.**<br>**North Las Vegas, NV 89032** | **Contract of Fire Alarm Monitoring** |
| **Green Thumb Maintenance**<br>**Attn: Bankruptcy Dept / Managing Agent**<br>**3275 S. Jones #105**<br>**Las Vegas, NV 89146** | **Contract for landscaping and maintenance** |
| **Lan Di Hall**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #8**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **Lan Truong**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #7**<br>**Las Vegas, NV 89102** | **Tenant Lease** |
| **Myrna Donato dba Amber Unicorn Books**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #12, 13, 14 and 15**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **Nevada Restaurant Services, Inc.**<br>**dba Dotty's**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #17 and 18**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **NextGen Fire Protection**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**7165 Bermuda Rd.**<br>**Las Vegas, NV 89119** | **Contract for fire protection** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **TJ Plaza, LLC**                                                                       Case No.    **14-11894**

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Norma E. Ituarte and Laura Alfaro**<br>**dba Cinthya's Beauty Salon**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Blvd. #11**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **Reagan Outdoor Advertising**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**1775 Warm Springs Rd.**<br>**Salt Lake City, UT 84116** | **Billboard tenant lease** |
| **Real Estate Asset Management, LLC**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3275 South Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Joint ownership and management agreement** |
| **Sin City Bangers, LLC**<br>**dba Mochiko Fried Chicken**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**2101 S. Decatur Bvd. #16**<br>**Las Vegas, NV 89102** | **Tenant lease** |
| **TJP, A Nevada Limited Partnership**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Joint ownership and management agreement** |
| **Trader Joe's Company**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**c/o David Yoda**<br>**538 Misson Street/PO Box 3270**<br>**South Pasadena, CA 91030** | **Tenant space #25 lease** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **TJ Plaza, LLC**                                   Case No.     **14-11894**

                                            Debtor

## SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ditta Weiner Corets**<br>**84 Stonyridge**<br>**Asheville, NC 28804** | **U.S. Bank National Association**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**80 S 8th St Ste 224**<br>**Minneapolis, MN 55402** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Allstate Roofing**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**6600 W. Charleston Blvd. #117-A**<br>**Las Vegas, NV 89146** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **City of Las Vegas Sewer Services**<br>**Attn: Bankruptcy Dept/ Managing Agent**<br>**PO Box 748022**<br>**Los Angeles, CA 90074** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **City of Las Vegas Sewer Services**<br>**Attn: Bankruptcy Dept/ Managing Agent**<br>**PO Box 748022**<br>**Los Angeles, CA 90074** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Desert Lakes Apartments**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Edgar's Services, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**4080 W. Desert Inn Rd. #A109**<br>**Las Vegas, NV 89102** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **EDS Electronics**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**2675 W. Cheyenne Ave.**<br>**North Las Vegas, NV 89032** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **J&J Services**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3632 Beeson Ct.**<br>**Las Vegas, NV 89130** |
| **DSWC, Inc.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **NextGen Fire Protection**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**7165 Bermuda Rd.**<br>**Las Vegas, NV 89119** |

**1**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **TJ Plaza, LLC**                                          Case No.    **14-11894**
_____,
                          Debtor

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **O'Rourke Plumbing, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**1716 S. Highland Ave.**<br>**Las Vegas, NV 89102** |
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Raymar Siasi**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**c/o Samuel A. Harding, Esq.**<br>**1100 E. Bridger Ave.**<br>**Las Vegas, NV 89101** |
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Stout Electric**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**6440 Schirlls St.**<br>**Las Vegas, NV 89118** |
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **TJP Credit, LLC**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones BLvd. #105**<br>**Las Vegas, NV 89146** |
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Vortex Industries, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**File 10985**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199-1095** |
| **DSWC, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **Zoltan Hollo, LLC dba**<br>**U.S. National Commercial Real Estate Ser**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**10161 Park Run Dr. #150**<br>**Las Vegas, NV 89145** |
| **Estate of Marc J. Simay**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**C/o Fredrick P. Waid**<br>**10080 W. Alta Drive #200**<br>**Las Vegas, NV 89145** | **U.S. Bank National Association**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**80 S 8th St Ste 224**<br>**Minneapolis, MN 55402** |
| **Jeff S. Susa**<br>**3275 S. Jones #105**<br>**Las Vegas, NV 89146** | **U.S. Bank National Association**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**80 S 8th St Ste 224**<br>**Minneapolis, MN 55402** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 – Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    TJ Plaza, LLC _____    Case No.    14-11894 _____

Debtor(s)    Chapter    11 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of Manager of the LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    April  3, 2014 _____    Signature _____

Jeff Susa
Managing Member of Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Nevada

In re    __TJ Plaza, LLC__        Case No.    __14-11894__

Debtor(s)        Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$97,028.55** | **2014 - YTD** |
| **$414,311.85** | **2013** |
| **$483,752.40** | **2012** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Flangas McMillan Law Group**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **12/2013; 1/2014; 2/2014** | **$10,357.50** | **$0.00** |
| **Green Thumb Maintenance, LLC**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **12/2013; 1/2014; 2/2014** | **$27,359.00** | **$0.00** |
| **Real Estate Asset Management, LLC**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3275 South Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **12/2013; 1/2014; 2/2014** | **$8,646.09** | **$0.00** |
| **TJP Credit, LLC**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones BLvd. #105**<br>**Las Vegas, NV 89146** | **12/2013; 1/2014; 2/2014** | **$19,500.00** | **$0.00** |

**None**
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

  * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Real Estate Asset Management, LLC**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3275 South Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **6/4/2013 - $16,588.89;**<br>**7/29/2013 - $2,229.27;**<br>**8/14/2013 - $2,479.27;**<br>**9/12/2013 - $2,617.95;**<br>**10/4/2013 - $2,603.27;**<br>**11/1/2013 - $2,600.00;**<br>**11/21/2013 - $900.00;**<br>**12/11/2013 - $2,110.75;**<br>**1/1/2014 - $2,362.77;**<br>**1/16/2014 - $1,900.80;**<br>**2/12/2014N- $2,308.14;**<br>**3/11/2014 - $2,160.77;**<br>**3/14/2014 - $4,238.40** | **$45,100.28** | **$0.00** |
| **Jeff S. Susa**<br>**3275 S. Jones #105**<br>**Las Vegas, NV 89146** | **9/4/2013** | **$2,865.60** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Bank National Association v. TJ Plaza, LLC and DSWC, Inc., Case No. A696448** | **Specific Performance and Appointment of Receiver** | **District Court, Clark County, Nevada** | **Complaint filed** |
| **Raymar Siasi v. TJ Plaza, LLC, DSWC, Inc. and Green Thumb Maintenance, LLC, Case No. A684489** | **Negligence** | **District Court, Clark County, Nevada** | **Arbitration pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **HVAC units - $9,600.00** | **Units were stolen off the roof - Replacement cost $9,600.00** | **9/2013** |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Larson & Zirzow, LLC 810 S. Casino Center Blvd. #101 Las Vegas, NV 89101** | **3/13/2014** | **$15,000.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank Attn: Bankruptcy Dept/ Managing Agent Po Box 14517 Des Moines, IA 50306** | **Checking Account ending in #3915** | **$632.85 - 10/2013** |

**12.  Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Trader Joes Plaza** | | **2101 S. Decatur Blvd. Las Vegas, NV 89102** | **Tenants in common shopping center** | **2003 to Present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                             ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard A. Say, CPA Lucove, Say & Co. 23901 Calabasas Rd. #2085 Calabasas, CA 91302-3380** | **2003 to Present** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                    DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Real Estate Asset Management, LLC** | **Attn: Bankruptcy Dept. / Managing Agent 3275 South Jones Blvd. #105 Las Vegas, NV 89146** |

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

B7 (Official Form 7) (04/13)
8

<table>
<tr><td>None<br>■</td><td colspan="2">b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.</td></tr>
<tr><td></td><td>DATE OF INVENTORY</td><td>NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS</td></tr>
</table>

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **TJP, A Nevada Limited Partnership**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**3275 S. Joens Blvd. #105**<br>**Las Vegas, NV 89146** | **Member** | **100% interest** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)
8

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 3, 2014                              Signature   _Jeff Susa_
                                                              **Jeff Susa**
                                                              **Managing Member of Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571_

**<u>Note to Accompany Voluntary Petition, Schedules and Statement of Financial Affairs</u>**

TJ Plaza, LLC, a Nevada limited liability company ("<u>TJP</u>"), and DSWC, Inc., a Nevada corporation ("<u>DSWC</u>"), are tenants in common in a retail shopping plaza commonly known as Trader Joe's Plaza (the "<u>Plaza</u>") located at 2101 S. Decatur Blvd., Las Vegas, Nevada 89102. Specifically, TJP owns 73.685% and DSWC owns the remaining 26.315% of the Plaza. The Plaza is operated pursuant to a Joint Ownership and Management Agreement dated as of June 1, 1999. As such, unless otherwise specifically set forth in an applicable writing, all assets and claims are apportioned according to the ownership percentages of the tenants in common.

By way of example, the total claim of Allstate Roofing is $2,150.00, which total claim has been apportioned among the tenants in common according to their applicable ownership percentages. As such, Allstate Roofing's claim is scheduled as a claim of $1,584.23 as against TJP, and a claim of $565.77 as against DSWC.

# United States Bankruptcy Court
## District of Nevada

In re    TJ Plaza, LLC

_____

                              Debtor

Case No.____14-11894____

Chapter_____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TJP, a Nevada limited partnership**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3275 S. Jones Blvd. #105**<br>**Las Vegas, NV 89146** | **100%** | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of Manager of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____April 3, 2014_____

Signature_____

**Jeff Susa**
**Managing Member of Manager**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders