LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TJ PLAZA, LLC,<br><br>Debtor. | Case No.: BK-S-14-11894-ABL<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>DSWC, INC.,<br><br>Debtor. | Case No.: BK-S-14-11895-ABL<br>Chapter 11<br><br>Date: September 24, 2014<br>Time: 1:30 p.m.<br>Courtroom: 1 |

**DEBTORS' JOINDER TO RESPONSE TO OBJECTION TO CLAIMS OF TJP CREDIT, LLC AND DESERT LAKES APARTMENTS LP PURSUANT TO 11 U.S.C. § 502(A)**

TJ Plaza, LLC, a Nevada limited liability company, and DSWC, Inc., a Nevada corporation (collectively, the "Debtors"), debtors and debtors in possession, by and through their counsel, the law firm of Larson & Zirzow, LLC, hereby join in the response [ECF No. 209] filed by TJP Credit, LLC and Desert Lakes Apartments, LP to the *Objection to Claims of TJP Credit, LLC and Desert Lakes Apartments LP Pursuant to 11 U.S.C. § 502(a)* [ECF No. 137] filed by U.S. Bank, N.A., as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6.

. . .

Dated: September 10, 2014.

        LARSON & ZIRZOW, LLC

By: /s/ *signature*
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors