_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
October 06, 2014

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email:  rkinas@swlaw.com
          bgriffith@swlaw.com
          cgianelloni@swlaw.com

*Attorneys for U.S. BANK NATIONAL ASSOCIATION, a National Banking Association Organized and Existing under the Laws of the United States of America, Not in Its Individual Capacity But Solely in its Capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>TJ PLAZA, LLC,<br><br>          Debtor. | Case No. 14-11894-abl<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re<br><br>DSWC, INC.,<br><br>          Debtor. | Case No. 14-11895-abl<br><br>Chapter 11<br><br>**ORDER SUSTAINING OBJECTION TO CLAIMS OF TJP CREDIT, LLC AND DESERT LAKES APARTMENTS, LP PURSUANT TO 11 U.S.C. § 502(A)** |

20187938

THIS MATTER having come on for hearing on September 24, 2014, on U.S. BANK NATIONAL ASSOCIATION'S ("Lender") *Objection to Claims of TJP Credit, LLC and Desert Lakes Apartments LP Pursuant to 11 U.S.C. § 502(A)* (the "Objection") [Docket No. 137], with Blakeley E. Griffith, Esq. appearing on behalf of U.S. BANK NATIONAL ASSOCIATION, a National Banking Association Organized and Existing under the Laws of the United States of America, Not in Its Individual Capacity But Solely in its Capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6 ("Lender"); Matthew C. Zirzow, Esq. appearing on behalf of TJ Plaza, LLC and DSWC, Inc.; and Ryan A. Andersen, Esq. Ryan A. Andersen appearing on behalf of TJP Credit, LLC ("TJP Credit") and Desert Lakes Apartments, LP ("Desert Lakes"); the Court having considered the Objection, all oppositions, responses and replies to the objection, all supporting papers thereto, and all arguments of counsel at hearing; the Court having stated its findings of fact and conclusions of law on the record at the oral ruling on October 2, 2014, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Objection is SUSTAINED;

2. The claims of TJP Credit and Desert Lakes are disallowed;

**IT IS SO ORDERED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

20187938

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| **Approved / ~~Disapproved~~ / ~~Failed to Respond~~** | **Approved / ~~Disapproved~~ / ~~Failed to Respond~~** |
|---|---|
| By:  /s/ Matthew C. Zirzow  <br>Matthew C. Zirzow, Esq. (NV Bar #7222)  <br>810 S. Casino Center Blvd. #101  <br>Las Vegas, NV  89101  <br>*Counsel for Debtors* | By:  /s/ Ryan A. Andersen  <br>Ryan A. Andersen, Esq. (NV Bar #12321)  <br>415 S. 6th St. #203-B  <br>Las Vegas, NV  89101  <br>*Counsel for TJP Credit, LLC and Desert Lakes Apartments, LP* |

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Respectfully submitted,

SNELL & WILMER L.L.P.

By:  /s/ Blakeley E. Griffith
Robert R. Kinas (Nevada Bar No. 6019)
Blakeley E. Griffith (Nevada Bar No. 12386)
Charles E. Gianelloni (Nevada Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for U.S. BANK NATIONAL ASSOCIATION, a National Banking Association Organized and Existing under the Laws of the United States of America, Not in Its Individual Capacity But Solely in its Capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6*

###

20187938