_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 29, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 14-11894-ABL |
| TJ PLAZA, LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |
| In re: | Case No. 14-11895-ABL |
| DSWC, INC., | Chapter 11 |
| Debtor. | Hearing Date: October 24, 2014<br>Time: 3:00 p.m. |

**ORDER DENYING MOTION FOR RECONSIDERATION OF
ORDER SUSTAINING OBJECTION TO CLAIMS OF
TJP CREDIT, LLC AND DESERT LAKES APARTMENTS, LP**

On October 24, 2014, the Court issued its oral ruling regarding the Motion for Reconsideration of Order Sustaining Objection to Claims of TJP Credit, LLC and Desert Lakes Apartments, LP ("Motion for Reconsideration") (ECF No. 281). Appearances were made by Matthew Zirzow on behalf of the Debtors TJ Plaza, LLC and DSWC, Inc., Ryan Andersen on behalf of TJP Credit, LLC and Desert Lakes Apartments, LP, and Blakeley Griffith on behalf of U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust.

To the extent that the Court made findings of fact and conclusions of law on the record

at the October 24, 2014 hearing, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52(a)(1) and (2), made applicable to this proceeding pursuant to FED. R. BANKR. P. 7052 and 9014(c).

Based upon the record before the Court, and for the reasons stated on the record at the October 24, 2014 hearing,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration is **DENIED**.

Notice and copies sent through:

    CM/ECF ELECTRONIC NOTICING AND/OR BNC

### #